IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | | |
|---|---|---|
| In re: | ( | |
| Global Energy Services, LLC | ( | Bankr. Case No.: 21-17305-NVA |
| Debtor | ( | (Chapter 7) |
| | ( | |
| Zvi Guttman, Trustee | ( | |
| Plaintiff | ( | |
| v. | ( | Adv. Proc. No.: **23-00074-nva** |
| The Travelers Companies, Inc. | ( | |
| Defendant(s) | ( | |
| | ( | |

**<u>NOTICE OF DISMISSAL</u>**

  Zvi Guttman, Chapter 7 Trustee, Plaintiff, pursuant to Fed. R. Civ. P. 41, as made applicable herein by Bankruptcy Rules 7001 and 7041, hereby dismisses the above-captioned adversary proceeding.

May 22, 2023

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
(410) 580-0500 (Phone)
(410) 580-0700 (Fax)
Zvi@zviguttman.com

**Counsel to the Trustee**

Cc: Defendant/counsel